## ERNEST KNOLL v. BENJAMIN BLANCHARD AND ANOTHER.[1]

November 2, 1917.

No. 20,489.

**Judgment — vacating default.**

The trial court acted within its discretion in vacating the judgment and permitting one of the defendants to answer. [Reporter.]

Action in the municipal court of St. Paul to recover $203.75 upon promissory notes. The motion of Adelia F. Blanchard for an order to show cause why the default judgment should not be vacated and defendant be permitted to serve an answer, was granted, Finehout, J. From the order granting the motion, plaintiff appealed. Affirmed.

*Moritz Heim*, for appellant.

*Cormican & Hoff*, for respondent.

[1] Reported in 164 N. W. 992.

PER CURIAM.

On January 9, 1917, judgment was entered by default against defendants, in the municipal court of the city of St. Paul. February 6, the court, upon motion vacated the judgment and permitted defendants to file an answer, and set the case for trial on June 18, 1917. The defendant, Adelia F. Blanchard, claimed that the summons was never served upon her and offered proof to that effect.

The trial court acted within its discretion and the order appealed from is affirmed.